JAMES C. HOLLAND, 134233
Attorney at Law
134 N. Conyer Ave.
Visalia, CA 93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff Alphonso Powell

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHONSO POWELL, | No: 1:04-cv-05371 OWW SMS |
| Plaintiff, | STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE |
| vs. | New Expert Disclosure: Nov. 1, 2005 |
| UNITED PARCEL SERVICE, et al., | New Supplemental Expert Disclosure:  Dec. 1, 2005 |
| Defendants. | |

It is hereby stipulated and agreed by and between the parties hereto, through counsel of record, that the expert disclosure date be extended from October 3 to November 1, 2005, and that Supplemental Expert Disclosure be extended from November 1 to December 1, 2005.

Dated: Sept. 30, 2005    /s/ James C. Holland
                         James C. Holland, Attorney for
                         Plaintiff ALPHONSO POWELL


                         PAUL, HASTINGS, JANOFSKY & WALKER, LLP

Dated: Sept. 30, 2005    /s/ Laura N. Monfredini
                      By: Laura N. Monfredini, Attorneys for
                         Defendant UNITED PARCEL SERVICE, INC.


IT IS SO ORDERED.

Dated:   October 4, 2005             /s/ Sandra M. Snyder
icido3                         UNITED STATES MAGISTRATE JUDGE

1