M. KIRBY C. WILCOX (SB# 78576)
LAURA N. MONFREDINI (SB# 221153)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALPHONSO POWELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED PARCEL SERVICE, INC., GENERAL TEAMSTERS UNION LOCAL NO. 431, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | CASE NO. CIV-F-04-5371 OWW SMS<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff ALPHONSO POWELL and Defendant UNITED PARCEL SERVICE, INC., and their attorneys of record, Laura N. Monfredini of Paul, Hastings, Janofsky & Walker LLP and James C. Holland of The Law Offices Of James C. Holland, that the action entitled *Alphonso Powell v. United Parcel Service, Inc., General Teamsters Union Local No. 431, and Does 1 through 100, inclusive*, Case No. CIV-F-04-5371 OWW SMS in the United States District Court, Eastern District of California, Fresno Division be dismissed with prejudice, each party to bear its own costs and attorney's fees.

Case No. CIV-F-04-5371 OWW SMS                -1-                STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: December _____, 2005 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By:_____
           LAURA N. MONFREDINI

Attorneys for Defendant
UNITED PARCEL SERVICE, INC.

DATED: December _____, 2005   THE LAW OFFICES OF JAMES C. HOLLAND

By:_____
           JAMES C. HOLLAND

Attorneys for Plaintiff
ALPHONSO POWELL

IT IS SO ORDERED.

DATED this __9TH____ day of _____January_____, 2005.

/s/ OLIVER W. WANGER
_____
The Honorable Oliver W. Wanger
UNITED STATES DISTRICT COURT JUDGE

LEGAL_US_W # 7595948.1

Case No. CIV-F-04-5371 OWW SMS      -2-      STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com